# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LARON DESHAY MITCHELL,

                    Plaintiff,

v.                                                    Case No. 19-CV-475-JPS

MILWAUKEE POLICE
DEPARTMENT,                                           **ORDER**

                    Defendant.

---

On April 23, 2019, the Court ordered Plaintiff to pay his initial partial filing fee ("IPFF") no later than May 14, 2019, or this action would be dismissed without prejudice. (Docket #8). May 14 passed without payment of the IPFF or any other communication from Plaintiff. Three days later, on May 17, 2019, the Court received a motion seeking a seven-day extension of the IPFF payment deadline. (Docket #9). The Court will grant Plaintiff's late-requested extension. Even so, Plaintiff still has not paid the IPFF. The Court is obliged, therefore, to dismiss this action without prejudice for Plaintiff's failure to pay the IPFF. Civ. L. R. 41(c). The Court will also deny as moot Plaintiff's motion for leave to proceed without prepayment of the filing fee. (Docket #2).

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for extension of time to pay initial partial filing fee (Docket #9) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiff's motion for leave to proceed without prepayment of the filing fee (Docket #2) be and the same is hereby **DENIED as moot**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 29th day of May, 2019.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge